E-FILED 07/09/13

LINK #23

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND<br><br>Plaintiffs,<br><br>v.<br><br>VANARD LITHOGRAPHERS, INC.<br><br>Defendant. | CASE NO. 2:12-cv-05169-PSG-JEM<br><br>**[~~PROPOSED~~] JUDGMENT GRANTING SUMMARY JUDGMENT**<br><br>Assigned to the Honorable Phillip S. Gutierrez |

Having taken Plaintiffs' Motion for Summary Judgment under submission, and after considering it on of the moving and opposition papers,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiffs' Motion for Summary Judgment is GRANTED. Defendant is required to make immediate withdrawal liability payment to Plaintiffs in

---

1  the Amount of $218,827, plus interest. Defendant is also required to
2  make an immediate payment of $4,298.51, plus interest for unpaid
3  contributions.
4  2. Plaintiffs' Request for Attorney's Fees and Costs is DENIED WITHOUT
5  PREJUDICE. Plaintiffs may submit a motion for attorneys' fees and
6  costs, setting out the amounts of fees and costs requested and explaining
7  why this amount is reasonable.

IT IS SO ORDERED.

Dated  7/9/13

PHILIP S. GUTIERREZ
_____
Hon. Phillip S. Gutierrez
United States District Judge

_____
[PROPOSED] JUDGMENT GRANTING SUMMARY JUDGMENT
2